UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

Paige Johnston,

    Debtor.

Case No. 16−31875
Chapter 13

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on October 17, 2016 at 09:00 AM

to consider and act upon the following:

*19* − Motion to Approve Compromise or Settlement and Request for Emergency Hearing filed by Joshua C. Milam on behalf of Paige Johnston. (Attachments: # 1 Exhibit A) (Milam, Joshua)

Dated September 26, 2016

Juan−Carlos Guerrero
Clerk of Court

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 16-31875-DHW
Paige Johnston                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 1127-2          User: jmclain             Page 1 of 1              Date Rcvd: Sep 26, 2016
                              Form ID: ntchrgBK         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2016.
db             +Paige Johnston,    3475 Chana Creek Rd,    Eclectic, AL 36024-5927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: ch13montgomery@ch13mdal.com Sep 26 2016 21:27:40      Curtis C. Reding,
                 P. O. Box 173,   Montgomery, AL 36101-0173
                                                                                              TOTAL: 1

                  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Joshua C. Milam    on behalf of Debtor Paige  Johnston jmilam@smclegal.com,
               SCarter@smclegal.com;cthornton@smclegal.com
              Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                              TOTAL: 4