UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                    Case No. 16-31875-DHW
                                                         Chapter 13
PAIGE JOHNSTON,

      Debtor.

# ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT

The debtor filed a Motion to Approve Settlement Agreement (Doc. #19). On October 17, 2016 the court held a hearing on the matter after due notice to the debtor and all creditors. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED and the settlement agreement is APPROVED.

Done this 17th day of October, 2016.

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Joshua C. Milam, Attorney for Debtor
    Sabrina L. McKinney, Acting Trustee
    Bankruptcy Administrator

Case 16-31875   Doc 22   Filed 10/17/16   Entered 10/17/16 16:39:41   Desc Main
Document   Page 1 of 1